July 13, 2008

FILED

2008 JUL 15 P 3: 05

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

CLERK OF THE COURT
280 S. 1st Street, Suite 2112
San Jose, CA 95113

RE: CASE NO. CR 00-20141-01 JW

DEAR CLERK:

Please send me a copy of the docket from May 2008 forward to present. And, let me know the status of the ORDER TO SHOW CAUSE filed June 16, 2008.

Please also note the change of address to the halfway house as of Tuesday July 14, 2008, address is Cornell Corrections, 111 Taylor Street, San Francisco California, 94102.

Thanking you in advance for your prompt attention to these matters.

Respectfully submitted,

CYNTHIA JOHNSON - 99592-001
FEDERAL CORRECTIONAL INSTITUTION DUBLIN
5701 8th St., Unit C, Camp Parks
Dublin, CA 94568

CYNTHIA JOHNSON -99592-011
FEDERAL CORRECTIONAL INSTITUTION DUBLIN
5701 8th St., Unit C, Camp Parks
Dublin, CA 94568

OAKLAND CA 946
19 JUL 2023 PM 5 L

CLERK OF THE COURT
280 S. First Street
Suite 2112
San Jones, CA 95113